**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CARL DAVIS; PERCY LITTLE, JR.;                                                        PLAINTIFFS
and MARK A. FRANKLIN

v.                                       NO. 5:15CV00079 JLH/BD

EDWARD ADAMS, *et al*.                                                                DEFENDANTS

## ORDER

By Order of March 12, 2015, separate plaintiff Percy Little, Jr., was directed to submit a complete *in forma pauperis* application or pay the statutory filing fee within thirty days. Document #3. That Order was returned to the Court as undeliverable.

A plaintiff such as Little, who is proceeding *pro se*, must promptly notify the Clerk and all other parties of any change in his or her address. Local Rule 5.5(c)(2). Therefore, Little was directed to notify the Court of his new address within thirty days. Little was specifically cautioned that his failure to comply with the Court's Order could result in dismissal of his claims under Local Rule 5.5(c)(2).

As of this date, Little has not complied with the Court's March 26, 2015 Order, and the time allowed for doing so has expired.

Little's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's March 26, 2015 Order. The Clerk of the Court is directed to terminate Little as a party plaintiff.

IT IS SO ORDERED this 28th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE