**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**CARL A. DAVIS
and MARK A. FRANKLIN**                                                        **PLAINTIFFS**

**V.**                     **CASE NO. 5:15CV79-JLH-BD**

**EDWARD ADAMS, et al.**                                                     **DEFENDANTS**

## <u>ORDER</u>

Plaintiffs Davis and Franklin have now filed amended complaints, as directed by the Court.  (Docket entries #27, #29)  Based on the allegations in their amended complaints, Plaintiffs may proceed on their failure-to-protect claims against the Defendants.  Service is now proper for Defendants Adams, Tyler, and Bolin.

The Clerk of Court is directed to prepare summonses for Defendants Adams, Tyler, and Bolin.  The United States Marshal is directed to serve these Defendants with copies of the complaint and the amended complaints, with attachments (#2, #27, #29), and with summonses.  Service for these Defendants should be through the W.C. "Dub" Brassell Adult Detention Center, 300 East Second Avenue, Pine Bluff, Arkansas 71601, without prepayment of fees and costs or posting security.

Service is not appropriate for the Doe Defendant.  Plaintiffs have thirty days to provide the Court the Doe Defendant's complete name so that she can be timely served.

In addition, Mr. Franklin has moved for Court-appointed counsel.  (#28)  That motion (#28) is DENIED for reasons previously stated (#3).

Finally, Mr. Franklin has moved for the Court to order Defendants to allow him to

communicate with separate Plaintiff Davis.  Mr. Franklin has not provided a sufficient basis for the Court to grant that request, and it is denied.

IT IS SO ORDERED, this 30th day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE